**Order entered February 17, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00455-CV

## DANAE RUTH MCGANN, Appellant

## V.

## HANNAH J. LILLY, Appellee

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-04515-2017**

## ORDER

Before the Court is appellant's February 16, 2023 unopposed motion to extend time for filing her reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 20, 2023.

/s/    BILL PEDERSEN, III
       JUSTICE